AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

STX Fitness, LLC and
V Fitness Group, LLC,
d/b/a Work Out World

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

21st Century Family Fitness, Inc.

**04cv11020 MEL**

TO: (Name and address of defendant)

21st Century Family Fitness Center, Inc.
2 California Avenue
Framingham, MA 01701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher J. Cunio, Esq.
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

5-22-04

CLERK                                           DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE May 21, 2004 |
| NAME OF SERVER (PRINT) William H. Dunsmap, III | TITLE Process Server & Disinterested Person |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: delivered in-hand to Jeremy Geary, Coordinator, person in charge of business at 21st Century Family Fitness Center, Inc., 2 California Ave., Framingham, MA.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $35.00 | TOTAL $35.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 21, 2004
Date

Signature of Server

92 State St., Boston, MA 02109
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.