AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

FILED
IN CLERKS OFFICE
_____ DISTRICT OF _____

STX Fitness, LLC and
V Fitness Group, LLC,
d/b/a Work Out World

2004 JUN -1 P 3: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

21st Century Family Fitness, Inc.

## 04 CV 11020 MEL

TO: (Name and address of defendant)

21st Century Family Fitness Center, Inc.
412 Washington Street
Norwell, MA 02061

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher J. Cunio, Esq.
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS

CLERK

5-22-04

DATE

(BY) DEPUTY CLERK