**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

```
-----------------------------------        )
                                           )
STX FITNESS, LLC AND                       )
V FITNESS GROUP, LLC,                      )    Civil Action No.
dba WORK OUT WORLD                         )    04-11020 (MEL)
      Plaintiffs,                          )
v.                                         )
                                           )
21ST CENTURY FAMILY                        )
FITNESS, INC.                              )
      Defendant                            )
                                           )
_____        )
```

**ORDER TO SHOW CAUSE**

LASKER, D.J.


        Plaintiffs have filed a Complaint and Motion for a
Temporary Restraining Order and Preliminary Injunction against
Defendant 21st Century Family Fitness, Inc. (supported by three
affidavits with exhibits) in this matter.  Plaintiffs are
seeking to enjoin Defendant from using the mark "WOW!", or any
confusingly similar mark, in any manner in connection with
Defendant's business on the grounds that Plaintiffs have rights
to a federally registered trademark on "WOW!"  More
specifically, Plaintiffs are seeking an injunction ordering
Defendant to, among other things, remove all signs containing
the mark "WOW!" from their facilities.


        ORDERED that Defendant appear at a hearing on Monday, June
7, 2004 at 10:30 in Courtroom 8 of the U.S. District Court, John
Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA
02210 to show cause why an order should not be entered enjoining
Defendant from using Plaintiff's trademark in the manner
requested in the Complaint and Motion for TRO.


        ORDERED that Defendant hand deliver opposition papers, if
any, to attorneys for Plaintiff at their offices at Cooley
Manion Jones LLP, 21 Custom House Street, Boston, Ma. 02110 on
or before ~~5:00 pm, Friday, June 4,~~ 9:30 AM Monday June 7 2004.

DATED: June 2, 2004
        Boston, Massachusetts                    _____
                                                 Morris E. Lasker
                                                 U.S.D.J.