## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                               )
STX FITNESS, LLC AND            )
V FITNESS GROUP, LLC,           )     Civil Action No.
dba WORK OUT WORLD              )     04-11020 (MEL)
                               )
       Plaintiffs,              )
                               )
v.                              )
                               )
21ST CENTURY FAMILY             )
FITNESS, INC.                   )
                               )
       Defendant                )
_____)
```

### STIPULATION OF DISMISSAL

Plaintiffs, STX Fitness, LLC and V Fitness Group, LLC, and Defendant, 21st Century Family Fitness, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate and agree that the above-captioned action shall be dismissed with prejudice and each party is to bear its own costs and expenses.

| PLAINTIFFS, STX Fitness, LLC and V Fitness Group, LLC, | DEFENDANT, 21ST CENTURY FAMILY FITNESS, INC., |
|---|---|
| By their attorneys, | By its attorneys |
| /s/  Christopher J. Cunio | /s/  Matthew C. Welnicki |
| Christopher J. Cunio, | Matthew C. Welnicki, |
| BBO # 634518 | BBO # 647104 |
| COOLEY MANION JONES LLP | YURKO & SALVESEN, P.C. |
| 21 Custom House Street | One Washington Mall, 11th Flr. |
| Boston, MA 02110 | Boston, MA 02108 |
| Tel. (617) 737-3100 | Tel. (617) 723-6900 |
| Fax. (617) 737-0374 | Fax. (617) 723-6905 |

DATED:  July 14, 2004

127562